USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
CYBER APPS WORLD, INC., a Nevada Corporation,

                          Plaintiff,

          -against-                        21-CV-10302 (VEC)

EMA FINANCIAL, LLC, A DELAWARE LIMITED LIABILITY COMPANY; AND DOES 1 – 25, INCLUSIVE,              ORDER

                        Defendants.
---------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 17, 2021, Defendant filed a motion to dismiss the complaint, Dkts. 13, 16;

IT IS HEREBY ORDERED that any response in opposition to the motion is due no later than **Friday, January 14, 2022** and any reply in support is due no later than **Friday, January 28, 2022**. The Court reminds Plaintiff that in lieu of responding to the motion to dismiss, Plaintiff may file an amended complaint in line with Rule 4(E)(i) of the undersigned's Individual Practices in Civil Cases.

**SO ORDERED.**

Date:  December 20, 2021
         New York, New York

                                                      **VALERIE CAPRONI**
                                                      **United States District Judge**