USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
CYBER APPS WORLD, INC., a Nevada Corporation,

                          Plaintiff,

          -against-                           21-CV-10302 (VEC)

EMA FINANCIAL, LLC, A DELAWARE      ORDER
LIMITED LIABILITY COMPANY; AND DOES
1 – 25, INCLUSIVE,

                          Defendants.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on December 17, 2021, Defendant filed a motion to dismiss the complaint, Dkts. 13, 16;

       WHEREAS on January 28, 2022, Plaintiff filed an amended complaint in lieu of responding in opposition to the motion to dismiss, Dkt. 26; and

       WHEREAS pursuant to Rule 4(E)(i) of the undersigned's Individual Practices in Civil Cases, if a Plaintiff elects to amend its pleading in response to a motion to dismiss, the Court will deny the motion to dismiss as moot.

       IT IS HEREBY ORDERED that Defendants' motion to dismiss is DENIED as moot.

       The Clerk of Court is respectfully directed to close the open motions at docket entries 13 and 16.

**SO ORDERED.**

Date:  **January 31, 2022**                         **VALERIE CAPRONI**
        **New York, New York**                **United States District Judge**