MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/02/2022

# LAW OFFICE OF
# JEFFREY FLEISCHMANN, P.C.

150 Broadway, Suite 900
New York, New York 10038

JEFFREY FLEISCHMANN

Telephone: (646) 657-9623
Facsimile: (646) 351-0694

---

February 2, 2022

Via ECF:
Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

Re: *Cyber Apps World, Inc. v. EMA Financial, LLC*
Civil Docket No.: 1:21-cv-10302-VEC

Dear Judge Caproni:

We represent Defendant EMA Financial, LLC with respect to the above-referenced matter. We write to request an extension of time to respond to the amended complaint, upon consent of the plaintiff, until March 18, 2022, and to request an adjournment of the conference, also upon consent of the plaintiff, currently scheduled for February 11, 2022, to a date in March, to be decided by the Court. The reason for these requests is due to the fact that I am taking the Bar Exam in Florida at the end of February. This is the second request for an adjournment of the conference and Defendant's first request.

We thank the Court for its consideration.

Respectfully Submitted,

By: /s/ Jeffrey Fleischmann
Jeffrey Fleischmann

Application GRANTED.

Defendant's deadline to move, answer, or otherwise respond to the Amended Complaint is adjourned to **Friday, March 18, 2022**.

The initial pre-trial conference, currently scheduled for Friday, February 11, 2022 at 10:30 A.M., *see* Dkt. 25, is hereby adjourned to **Friday, March 25, 2022 at 10:30 A.M.** Pre-conference submissions are due no later than **Thursday, March 17, 2022**. For the conference dial in information and a description of the requirements of the pre-conference submissions, the parties should consult the Court's order at docket entry 12.

Due to the lengthy adjournments and absent extraordinary circumstances, the Court is unlikely to further extend those deadlines.

SO ORDERED.

*[signature: Valerie Caproni]*

Date: February 2, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE