UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYBER APPS WORLD, INC., <br><br>                    Plaintiff,<br><br>-v.-<br><br>EMA FINANCIAL, LLC,<br><br>                    Defendant. | 21 Civ. 10302 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      Parker Pohl LLP ("Parker Pohl") moves pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York for authority to withdraw as counsel to plaintiff Cyber Apps World, Inc. ("Cyber Apps World") in this action. Sufficient reason has been demonstrated for Parker Pohl to withdraw as counsel to Cyber Apps World.

      It is therefore ORDERED:

1. Parker Pohl's motion to withdraw is **granted**;
2. Cyber Apps World shall have three weeks from the date of this Order to obtain substitute counsel;
3. Cyber Apps World's substitute counsel shall register as a filing user on ECF promptly upon being retained;
4. The application to adjourn the initial pretrial conference scheduled for January 20, 2023, is **granted**;
5. The deadline for the parties' joint status letter, the contents of which are described in the Court's Notice of Reassignment (*see* Dkt. No. 49), is extended to five weeks from the date of this Order.

      As Parker Pohl has made no motions for either a retaining lien or a charging lien, the Court will not address those issues at this time.

      The Clerk of Court is directed to terminate ECF Nos. 44 and 48, and to terminate Parker Pohl as counsel.

      SO ORDERED.

Dated: January 12, 2023
       New York, New York

                                                                                                                     JENNIFER H. REARDEN
                                                                                                                     United States District Judge