UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYBER APPS WORLD, INC.,<br><br>                             Plaintiff,<br><br>                    -v.-<br><br>EMA FINANCIAL, LLC,<br><br>                             Defendant. | 21 Civ. 10302 (JHR)<br><br>ORDER OF DISMISSAL |

JENNIFER H. REARDEN, District Judge:

    The Court, having been advised at ECF No. 52 that the parties have reached a settlement, hereby ORDERS that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within sixty days** of the date of this Order if the settlement is not consummated.

    To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.  **Further, requests to extend the deadline to reopen are unlikely to be granted.**

    The Court will retain jurisdiction of this action for purposes of enforcing the terms of the settlement agreement, ECF No. 52-1; *see id.* § 3 (providing that "[t]he United States District Court for the Southern District of New York . . . shall retain jurisdiction to enforce the terms of this Agreement").

    Any pending motions are moot.  All conferences are cancelled.  The Clerk of Court is directed to CLOSE the case.

    SO ORDERED.

Dated: May 9, 2023
       New York, New York

                                                          */s/ Jennifer H. Rearden*
                                                          JENNIFER H. REARDEN
                                                          United States District Judge